IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02620-RPM

OSWALDO BERNAL FLORES and
NOEMI TALAMENTES,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

---

## ORDER DENYING MOTION TO REMAND

---

On January 3, 2008, the plaintiffs filed a motion to remand on the ground that the amended complaint does not allege that a recovery of more than $75,000 is sought. The removing defendant has relied on the allegations of the amended complaint and the form filed with the statement signed by plaintiffs' counsel that the action should be excluded from C.R.C.P. 16.1 because the plaintiffs seek monetary judgment for more than $100,000. Contrary to the authority cited by the plaintiffs, this court accepts that statement in the absence of an express admission that it is incorrect. The plaintiffs cannot have it both ways. It is

    ORDERED that the motion for remand is denied.

    DATED: January 4, 2008

                                 BY THE COURT:

                                 Richard P. Matsch, Senior District Judge