IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2620-RPM-MJW

_____

OSWALDO BERNAL FLORES and
NOEMI TALAMANTES,

       Plaintiffs,

v.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY.

       Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Upon the consideration of the Stipulation for Dismissal With Prejudice [13], filed on July 9, 2008, it is

ORDERED that the above-captioned action and all claims therein are dismissed with prejudice, each party to pay their respective costs and attorney fees.

DONE  this 9th day of July, 2008.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge